IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SHALAKO JAMES KATZER,<br><br>　　　　　Defendant. | MJ 15-70-M-JCL<br><br>JUDGMENT AND SENTENCE |

　　　On March 24, 2016, Defendant Shalako Katzer entered a plea of guilty to the offense of taking a grizzly bear in violation of 16 U.S.C. §§ 1538(a)(1)(G) and 1540(b)(1), and 50 C.F.R. § 17.40(b)(1)(i)(A). Defendant appeared for his sentencing hearing on May 23, 2016.

　　　Having considered the record in this case, the presentence investigation report, the arguments from counsel for the parties, Defendant's allocution, and the sentencing factors under 18 U.S.C. § 3553, IT IS HEREBY ORDERED that Defendant is sentenced as follows:

　　　1. Defendant shall serve a term of incarceration for a period of six months. Defendant may self-report to the Bureau of Prisons, and shall coordinate with the United States Probation Office to arrange the date and time for him to report to a Bureau of Prisons facility. It is recommended that Defendant serve his term of

incarceration at a pre-release facility.

    2.  Defendant shall pay restitution in the amount of $5,000.

    3.  Defendant shall pay a $10 special assessment.

Defendant shall make arrangements with the United States Probation Office for the timing of his payment of his restitution and special assessment. Defendant shall make his payment(s) to the Clerk of Court, P.O. Box 8537, Missoula, Montana 59807. The Clerk of Court shall disburse restitution to a restitution payee to be designated in a subsequent order of the Court.

Defendant is advised that pursuant to Fed. R. Crim. P. 58(g)(2) he has a right to appeal the sentence imposed by this Judgment, within 14 days of its entry. To appeal, Defendant must file a notice of appeal with the Clerk of Court at P.O. Box 8537, Missoula, Montana 59807. The notice of appeal must specify the judgment being appealed, and Defendant must serve a copy of the notice of appeal on the attorney for the government at 105 E. Pine St., Missoula, Montana 59802.

DATED this 23rd day of May, 2016.

                            _____
                            Jeremiah C. Lynch
                            United States Magistrate Judge